E-filed in Office
Clerk of State Court
10/26/2021 3:08 PM
Coweta County, GA
Sheila Echols, Clerk

IN THE STATE COURT OF COWETA COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DELENA C. POYTHRESS<br><br>        Plaintiff,<br><br>v.<br><br><br>DOLLAR GENERAL CORPORATION and JOHN DOES 1-5,<br><br>        Defendant. | CIVIL ACTION<br>FILE NO.   21SV0516E<br><br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES AND DAMAGES

COMES NOW DELENA C. POYTHRESS, Plaintiff herein, through her Counsel of record, and files her Complaint for Damages and shows this Honorable Court the following:

1.

This is a personal injury action which arises from a negligence incident, which occurred on November 3, 2019.

### Parties, Jurisdiction and Venue

2.

Plaintiff DELENA C. POYTHRESS was injured on premises occupied and operated by Defendant DOLLAR GENERAL CORPORATION, due to Defendant's damaged and defective sidewalk and entry area for their Store at 99 MLK Jr. Drive, Newnan, Georgia, and Plaintiff DELENA C. POYTHRESS is a resident of Coweta County and is the proper party to maintain this action for her injuries and damages, past and future.

3.

Defendant DOLLAR GENERAL CORPORATION is a corporation operating for the purpose of pecuniary profit and gain, and is authorized to do business in and transacts business in the State of Georgia, including Coweta County, Georgia. Defendant DOLLAR GENERAL CORPORATION has a registered agent and office for service of process, the same being: CSC of Cobb County, Inc., 192 Anderson Street S.E., Suite 125, Cobb County, Marietta, Georgia 30060, and may be served accordingly.

4.

Once served with process, Defendant DOLLAR GENERAL CORPORATION is subject to the Jurisdiction and Venue of this Court.

5.

Defendant(s) JOHN DOES 1-5, is/are Employee(s) of DOLLAR GENERAL CORPORATION who managed and/or maintained and/or housekeep the premises where Plaintiff tripped and fell, and/or created or contributed to the hazard that caused her to fall on November 3, 2019. Once served with process, Defendant(s) JOHN DOES 1-5 is/are subject to the jurisdiction and venue of this Court.

**Liability**

6.

On November 3, 2019, Plaintiff DELENA C. POYTHRESS went upon the premises of DOLLAR GENERAL CORPORATION Store No. 15035 located at 99 M.L.K Jr. Drive, Newnan, Coweta County, Georgia 30263, as a Customer and Legal Invitee of the retail store located there.

7.

Defendant DOLLAR GENERAL CORPORATION was an owner and/or occupier of the store, and by express or implied invitation induced or led others, including Plaintiff DELENA C. POYTHRESS, to come upon said premises for a lawful purpose.

8.

Defendant DOLLAR GENERAL CORPORATION and its agents or employees controlled and maintained all areas of this business and held it open to its customers, including Plaintiff DELENA C. POYTHRESS who was a customer and invitee of the business.

9.

At all times mentioned herein, Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, had exclusive control and management of the area where Plaintiff DELENA C. POYTHRESS fell, and Defendant DOLLAR GENERAL CORPORATION had the legal duty to keep its premises and approaches safe consistent with due regard for the safety of its customers, including Plaintiff DELENA C. POYTHRESS.

10.

One or more of the Defendants is/are liable to the Plaintiff because Defendant(s) failed to exercise ordinary care in keeping the premises safe on November 3, 2019.

11.

One or more of the Defendants is/are further liable to Plaintiff for carelessness and/or negligence in the ownership, operation, housekeeping, and/or maintenance of the subject DOLLAR GENERAL CORPORATION Store on November 3, 2019.

12.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, was negligent in failing to inspect, correct, or remove the unsafe and hazardous conditions that existed at its business, thereby creating an unreasonable risk of injury to its customers, including Plaintiff DELENA C. POYTHRESS.

13.

Defendant DOLLAR GENERAL CORPORATION., by and through its agents and employees, knew, or by the exercise of ordinary care, should have known of the unsafe and hazardous conditions which caused or contributed to Plaintiff DELENA C. POYTHRESS falling and being injured.

14.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, negligently maintained the area where Plaintiff DELENA C. POYTHRESS fell.

15.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, negligently failed to take reasonable precautions to guard against the unsafe and hazardous conditions that caused or contributed to Plaintiff DELENA C. POYTHRESS falling and being injured.

16.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, had Actual knowledge of the unsafe and hazardous conditions that existed on the entry sidewalk in front of the store and in the subject area where Plaintiff DELENA C. POYTHRESS fell.

17.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, had Constructive knowledge of the unsafe and hazardous conditions that existed on the entry sidewalk in front of the store and in the subject area where Plaintiff DELENA C. POYTHRESS fell.

18.

Defendant DOLLAR GENERAL CORPORATION'S Actual and/or Constructive Knowledge of the unsafe and hazardous conditions that existed on their sidewalk in front of the store and in the subject area where Plaintiff DELENA C. POYTHRESS fell was Superior to the knowledge that Plaintiff had of said conditions and the safety risks posed by said conditions.

19.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, negligently failed to implement and follow appropriate policies and procedures regarding the inspection, maintenance, and / or care of the area of the business premises where Plaintiff DELENA C. POYTHRESS fell.

20.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, was negligent in training its employees on the appropriate method of inspecting, caring for and/or maintaining the area of the business premises where Plaintiff DELENA C. POYTHRESS fell.

21.

Defendant DOLLAR GENERAL CORPORATION, by and through its agents and employees, was negligent in the following ways, which proximately caused or contributed to Plaintiff DELENA C. POYTHRESS' injuries:

(a)     Violation of O.C.G.A. § 51-3-1 by failing to use ordinary care to keep the premises safe for its customers;

(b)     In failing to properly inspect and maintain the premises;

(c)     In knowingly allowing its invited guests to utilize an unsafe area of the premises;

(d)     In failing to post warning signs or warning markings;

(e)     In failing to properly train and supervise its employees at the business with regard to the care of said premises; and

(f)     Failure in retaining, entrusting, hiring, training and supervising said employees.

22.

At all times relative to this incident, Plaintiff DELENA C. POYTHRESS exercised reasonable and ordinary care for her personal safety under all circumstances then existing at the time and place of the fall.

23.

As a result of the conduct of one or more Defendants, Plaintiff DELENA C. POYTHRESS tripped on the negligently maintained uneven/broken sidewalk directly in front of the Storefront of Defendant DOLLAR GENERAL CORPORATION, and its Agents or Employees knew or should have known that the condition of the sidewalk and surrounding area would be a detriment to the safety of its customers trying to enter their store, and Plaintiff fell

violently to the cement upon tripping on said sidewalk, resulting in personal injuries to multiple parts of her body including her knees, hands, and wrists/arms.

24.

A combination of two or more of these Defendants are joint tortfeasors with regard to the allegations of this complaint, and are jointly and severally liable for the personal injuries and damages caused to Plaintiff DELENA C. POYTHRESS.

**Damages**

25.

As a direct and proximate result of the negligence of one or more Defendants, Plaintiff DELENA C. POYTHRESS incurred medical and related expenses, had pain and suffering, and will have personal injury damages in the future.

WHEREFORE, the Plaintiff DELENA C. POYTHRESS prays for the following:

(a) That process issue and service be had on the Defendant(s);

(b) That judgment be granted in favor of the Plaintiff and against Defendant(s), jointly and severally, in an amount to be determined by the enlightened conscience of a fair and impartial jury, for past and future medical and related expenses, and past and future pain and suffering;

(c) That Plaintiff recover her expenses of litigation, including reasonable attorney's fees against Defendant DOLLAR GENERAL CORPORATION;

(e) For a jury trial on all issues so triable;

(f) For costs of this action; and

(g) For such other and further relief as the Court deems just and proper.

Respectfully submitted this **25ᵗʰ** day of October, 2021

_____
D. SCOTT CUMMINS
Attorney for Plaintiff
Ga. Bar No. 201810

**The Cummins Firm**
75 Jackson St., Building 400, Ste 402
Newnan, Georgia 30263
Phone: (678) 590.5590
Email:  scott@thecumminsfirm.com